

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Gordon Independent School District, Bryson Oliver, Allan Ladd, Holly Campbell, Mike Reed, Shelle Crenshaw, and Katie Elrod,

\* From the 29th District Court of Palo Pinto County, Trial Court No. C50279.

Vs. No. 11-22-00323-CV

\* March 2, 2023

Kayci Hinkson,

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below.   Therefore, in accordance with this court's opinion, the trial court is directed to vacate its order granting Kayci Hinkson's petition to obtain pre-suit depositions of the named deponents.   We reverse the trial court's implicit denial of Appellants' plea to the jurisdiction by such pre-suit deposition order.   We remand the case with instructions for the trial court to determine its subject matter jurisdiction in the first instance and then appropriately narrow the scope and conditions of any order granting Rule 202 depositions.   The costs incurred by reason of this appeal are taxed against Kayci Hinkson.